# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DIVISION

| | | |
|---|---|---|
| **BEVERLY NICOLE COKER,** § § § | | |
| **Plaintiff** § | | |
| § | | |
| v. § | CIVIL NO. 19-CV-1056-LY-SH | |
| § | | |
| **C. R. BARD INCORPORATED AND** § | | |
| **BARD PERIPHERAL VASCULAR** § | | |
| **INCORPORATED,** § | | |
| § | | |
| **Defendants** | | |

## O R D E R

The parties, or counsel acting on their behalf, are **ORDERED** to appear before the Court *by telephone* for a status conference on **Tuesday, May 12, 2020, at 10:00 a.m.** The parties will receive instructions for the call from the undersigned's courtroom deputy, Mr. James Ferrell, at James_Ferrell@txwd.uscourts.gov.

**SIGNED** on April 6, 2020.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE